THE STATE OF OHIO, APPELLEE, *v.* BOYD, APPELLANT.

[Cite as State *v.* Boyd (1985), 16 Ohio St. 3d 7.]

(No. 84-739—Decided January 23, 1985.)

*Mr. M. Scott Ramey,* for appellee.
*Messrs. Wittenberg & Phillips, Mr. Jerome Phillips, Messrs. Nathan & Roberts* and *Mr. Frederick Byers,* for appellant.

This cause on appeal from the court of appeals (case No. L-83-388) is affirmed on authority of State *v.* Ward (1984), 15 Ohio St. 3d 355.

CELEBREZZE, C.J., SWEENEY, HOLMES, C. BROWN and WRIGHT, JJ., concur.

LOCHER and DOUGLAS, JJ., not participating.